**Order entered May 22, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00019-CR

**VICTORIA STUART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-1062404-I**

## ORDER

The Court **REINSTATES** the appeal.

On April 22, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the trial court's findings that: (1) appellant received a probated sentence; (2) trial counsel appeared at the hearing on this Court's order; (3) counsel stated he informed appellant by email, letter, and telephone calls of the hearing; (4) appellant acknowledged the emails, but she did not appear at the hearing; and (5) trial counsel has no information regarding appellant's indigence status. We note that appellant has not communicated with this Court regarding the appeal. Based on the trial court's findings and appellant's failure to communicate with this Court regarding the appeal, we conclude appellant has abandoned her appeal.

We **ORDER** the appeal submitted without the reporter's record and briefs as of the date of this order to a panel consisting of Chief Justice Wright and Justices Myers and Evans. *See* TEX. R. APP. P. 37.3(c), 38.8(b).

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE